# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOELJONO KAHN, individually; as Personal Representative of the Estate of PERMADI ANGGRIMULA; and as Next friend of his minor child A.R.N., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | **CIVIL DOCKET FOR CASE #: 1:20-cv-05773** <br><br> Hon. Steven C. Seeger |

## NOTICE OF LIEN FOR ATTORNEYS' FEES

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**:

**PLEASE TAKE NOTICE** that Kabateck LLP, hereby asserts a claim for attorneys' fees against any recovery by Plaintiff Moeljono Kahn, individually; as personal representative of the Estate of Permado Anggrimula, and as next of friend of his minor child A.R.N., from any defendant in this matter, whether such recovery is by way of settlement, award or judgment. This lien is based on a binding agreement between Kabateck LLP, Sanjiv N. Singh, PLC, and Indrajana Law Group to jointly prosecute all Boeing 737 Max Lion Air cases.

Dated: October 15, 2020          KABATECK LLP

By: */s/ Michael Childress*

Michael Childress (Illinois Bar No. 6180488)
KABATECK LLP
633 West 5th Street, Suite 3200
Los Angeles, California 90071
Phone: (213) 217-5000
Fax: (213) 217-5010
mc@kbklawyers.com

## **CERTIFICATE OF SERVICE**

The undersigned, certifies that he served the foregoing document upon all counsel of record via electronic correspondence, CM/ECF, and via Certified Mail on the date set forth below.

Dated: October 15, 2020                             */s/ Michael Childress*
                                                                       Michael Childress, Illinois Bar No. 6180488