## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: Lion Air Flight JT 610 crash | Lead Case: 18-cv-7686 <br><br> This filing applies to cases: <br><br> 19-cv-1552 <br> 20-cv-5773 <br><br> Honorable Thomas M. Durkin |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday June 23, 2021 at 9:00 AM, or at such other time as the Court might arrange for a telephonic conference, the undersigned will appear before Judge Thomas Durkin, in Room 1441 in the Dirksen Building, 219 South Dearborn, Chicago, Illinois 60603 present the attached Motion for leave to File Attorney Appearances for A.R.N., an Emancipated Minor.

                                                        Respectfully submitted,

*/s/ Keith L. Hunt (electronic signature)*
An Attorney for A.R.N., an Emancipated Minor

Keith L. Hunt
Bradley E. Faber
Delaney A. Hunt
Hunt & Associates, P.C.
2275 Half Day Rd.
Suite 126
Bannockburn Illinois 60015
(312) 558-1300
khunt@huntassocaw.com
bfaber@huntassoclaw.com
dhunt@huntassoclaw.com

CERTIFICATE OF SERVICE

I Keith L. Hunt, certify that I caused a copy of the foregoing Notice of Motion to be served on all counsel of record in this matter via the Court's CM/ECF electronic filing system.

/s/ *Keith L. Hunt (electronic signature)*
An Attorney for A.R.N. an Emancipated Minor